Konkle, Appellant, *v.* Kennihan Development
Company, Inc.

Argued April 14, 1965. Before ERVIN, P. J., WRIGHT,
WATKINS, MONTGOMERY, JACOBS, and HOFFMAN, JJ.
(FLOOD, J., absent).

*Robert F. Hawk,* with him *Painter & Painter,* for appellant.

*Harry K. McNamee,* with him *Marshall, Marshall, McNamee & MacFarlane,* for appellee.

Opinion Per Curiam, May 10, 1965:
The order of the Court of Common Pleas of Butler County is affirmed on the opinion of Judge George P. Kiester for the court below, reported at 36 Pa. D. & C. 2d 143.